In the Matter of the Drainage of Certain Lands in the Town of Penfield, Monroe County, New York.

ROBERT HARRIS, Appellant; ADELE L. HURLBURT et al., Respondents.

*Matter of Town of Penfield,* 3 App. Div. 30, affirmed.
(Argued April 19, 1898; decided May 3, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1897, reversing an order of the County Court of Monroe county determining that certain lands should be drained by ditches opened through respondents' lands.

*Walter S. Hubbell* for appellant.

*James M. E. O'Grady* for respondents.

Order affirmed, with costs; no opinion.
All concur.